**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 16-7567**

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

BRENDA TURNER,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge.  (1:01-cr-00075-JPJ-2)

―――――――――

Submitted:  March 30, 2017                    Decided:  April 4, 2017

―――――――――

Before TRAXLER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Brenda Turner, Appellant Pro Se.  Steven Randall Ramseyer, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Turner appeals the district court's order denying relief on her motion for reduction of sentence under 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Turner*, No. 1:01-cr-00075-JPJ-2 (W.D. Va. Oct. 24, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*